**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7653

EDISON CHAVIS, SR.,

Plaintiff - Appellant,

versus

MORRIS BEDSOLE; ANN CAMPBELL; EARL BUTLER,
a/k/a Moose; DAN FORD; MORRIS SIMPSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-95-700-5-BR)

Submitted:  November 6, 1997      Decided:  November 18, 1997

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edison Chavis, Sr., Appellant Pro Se.  Bobby Grey Deaver, Fayetteville, North Carolina; Larry James McGlothlin, Fayetteville, North Carolina; Douglas Edward Canders, CUMBERLAND COUNTY ATTORNEY'S OFFICE, Fayetteville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Chavis v. Bedsole</u>, No. CA-95-700-5-BR (E.D.N.C. Sept. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>